SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Assistant United States Attorney
Julia.Jarrett@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**$146,419.00 IN UNITED STATES CURRENCY, *in rem*,**

**Defendant.**

**Misc. No.** 3:26-mc-01105

**UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)**

**(First Extension)**

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Mr. Zachary Stern, attorney for Claimant Katie Plourd, who concurs with this extension.

On or about August 11, 2026, Katie Plourd, via Mr. Stern, filed a claim in a non-judicial civil forfeiture proceeding by the Federal Bureau of Investigation (FBI) to $146,419.00 U.S. currency, seized from them on or about June 3, 2026.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Claimant Katie Plourd, via her attorney, agree to extend the time in which the United States will file a Complaint for Forfeiture

against the $146,419.00 U.S. currency or to obtain an Indictment alleging that the $146,419.00 U.S. currency is subject to forfeiture. Claimant Katie Plourd, via her attorney, agrees that the deadline by which the United States shall be required to file a Complaint for Forfeiture against the property and/or to obtain an Indictment alleging that the property is subject to forfeiture shall be extended for a period of 180 days from November 9, 2026, until May 7, 2027.

Claimant Katie Plourd, via her attorney, agrees that until the United States files a Complaint for Forfeiture against the $146,419.00 U.S. currency and/or obtains an Indictment alleging that the currency is subject to forfeiture, or until May 7, 2027, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States, and Katie Plourd shall not seek its return for any reason in any manner.

DATED: November 5, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I have made service of the foregoing MOTION TO EXTEND 90-DAY PERIOD and a proposed ORDER on the party herein by causing to be sent via electronic mail, addressed to:

Mr. Zachary Stern
zstern@zstern.com

Attorney for Claimant Katie Plourd

*<u>/s/ Mari McDonald</u>*
MARI MCDONALD
Paralegal